In the
United States Court of Appeals
For the Sixth Circuit

MOHAMD SALIM ABDESSAMED,

Petitioner-Appellee, 6th Cir. No. 26-1846

v.

CHARLES WALLS, Immigration and Customs Enforcement, Field Office Director, Detroit Field Office; MARKWAYNE MULLIN, U.S. Department of Homeland Security, Secretary; TODD W. BLANCHE, U.S. Attorney General,

Respondents-Appellants.

---

# Motion for Extension of Time

---

Respondents-Appellants request a 60-day extension of time within which to file their brief, up to and including January 15, 2027. In support of this motion, counsel states the following:

1. The brief for Respondents-Appellants is currently due to be filed on November 16, 2026. Respondents-Appellants have not previously sought an extension of time to file the brief.

2. The Solicitor General is entrusted with the responsibility of "determining whether, and to what extent, appeals will be taken by the Government to all appellate courts." 28 C.F.R. § 0.20(b); *accord Justice Manual* §§ 2-1.000(b), 2-2.121, 2-2.132. The Solicitor General makes this decision only after the issues presented by an adverse judgment are considered thoroughly by several people at many levels of review within the United States Attorney's Office, the Department of Justice's Civil Division, and the Solicitor General's Office. *Justice Manual* §§ 2-2.110, 2-2.111, 2-3.100. This comprehensive vetting process is intended to ensure that the federal agencies pursue appeals of relative importance and merit.

3. Respondents-Appellants filed a protective notice of appeal in this case pursuant to the *Justice Manual* §§ 2-1.000(b), 2-2.121, and 2-2.132 while the Solicitor General performed the review required by the relevant regulations and provisions of the Justice Manual. Without the Solicitor General's approval, Respondents-Appellants' appeal cannot proceed.

4. Additional time is needed for the relevant litigating components to examine the matter, consult with agency counsel, make

recommendations, and for the Solicitor General to complete the internal review process before Respondents-Appellants file their brief.

5. Petitioner-Appellee's counsel does not oppose this motion.

For these reasons, Respondents-Appellants seek an extension of time to file their brief to January 15, 2027.

Respectfully submitted,

Jerome F. Gorgon Jr.
United States Attorney

/s/ Zak Toomey
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Phone: (313) 226-9617
zak.toomey@usdoj.gov

Dated: November 16, 2026