**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: November 19, 2026

Ms. Liz Jacob
Sugar Law Center
4605 Cass Avenue
Second Floor
Detroit, MI 48201

Mr. John C. Philo
Sugar Law Center
4605 Cass Avenue
Second Floor
Detroit, MI 48201

Mr. Zak Toomey
Office of the U.S. Attorney
for the Eastern District of Michigan
211 W. Fort Street
Suite 2001
Detroit, MI 48226

Re: Case No. 26-1846
*Mohamd Abdessamed v. Charles Walls, et al*
Originating Case No. 2:26-cv-11926

Dear Counsel,

Briefing in this case will be held in abeyance temporarily because pending a final decision by the Solicitor General. When this outstanding matter has been resolved, the clerk's office will issue a new briefing schedule or give the parties other instructions.

Sincerely yours,

s/Kelly Stephens
Appeal Case Manager: Roy
Direct Dial No. 513-564-7016